# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-4085

_____

Christopher Lee Talley,

        Appellant,

   v.

Debra M. Crews,

        Appellee,

Jerry Tyler,

        Defendant.

\*
\*
\*
\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  Western District of Arkansas.
\*
\*    [UNPUBLISHED]
\*
\*
\*

_____

Submitted: August 25, 1999
Filed: August 30, 1999

_____

Before BOWMAN, FAGG, and MURPHY, Circuit Judges.

_____

PER CURIAM.

     Christopher Lee Talley appeals following the district court's[1] adverse grant of summary judgment in his civil action against two city detectives. Having carefully

---

[1]The Honorable H. Franklin Waters, United States District Judge for the Western District of Arkansas.

reviewed the record and the parties' briefs, we affirm for the reasons stated in the district court's opinion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK,  U.S.  COURT  OF  APPEALS,  EIGHTH  CIRCUIT.